United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                Case No. 2:23-cr-184

Abraham Amira

---

COURTROOM MINUTES
Arraignment on Superseding Information

| U.S. District Judge Algenon L. Marbley | | Date:   June 13, 2025 | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Government: | Dave Twombly |
| Court Reporter: | Shawna Evans | Counsel for Defendant: | Mark Collins<br>S. Michael Miller |
| Interpreter: | | Pretrial/Probation: | |

Defendant entered a plea of guilty to Counts 1 and 2 of the Superseding Information.

PSI report ordered.

Defendant to remain on bond pending sentencing.