IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:23-CR-00184 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| ABRAHAM AMIRA, | : | |
| Defendant. | : | |

## PRELIMINARY ORDER OF FORFEITURE

Upon the United States' Motion for Preliminary Order of Forfeiture and the Court's review of the evidence in the record, including the Plea Agreement, the Court HEREBY FINDS THAT:

On April 3, 2025, the Acting United States Attorney for the Southern District of Ohio charged defendant Abraham Amira in a two-count Superseding Information with conspiracy to defraud the United States, in violation of 18 U.S.C. § 371 (Count 1), and wire fraud, in violation of 18 U.S.C. § 1343 (Count 2). (Doc. 29-1.)

The forfeiture allegation in the Superseding Information provided notice to the defendant that the United States would seek the forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), of any property, real or personal, constituting or derived from proceeds traceable to the offenses. (*Id.*)

The United States entered into a Plea Agreement with the defendant in which the defendant agreed to plead guilty to Counts 1 and 2 of the Superseding Information and agreed to the entry of a money judgment in the amount of $995,985.58, in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). (Doc. 30.) The defendant admitted that the amount of $995,985.58 represents the minimum amount of proceeds he personally acquired as a result of

the offenses to which he agreed to plead guilty, and he agreed to the forfeiture of substitute property to satisfy the forfeiture money judgment, in accordance with 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c). (*Id.*) The defendant pleaded guilty to Counts 1 and 2 of the Superseding Information on June 13, 2025. (Doc. 38.)

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(1), the Court finds that the amount of $995,985.58 represents property, which constitutes or is derived from proceeds traceable to the violations alleged in Counts 1 and 2 of the Superseding Information. As a result of the defendant's acts or omissions, the $995,985.58 is not currently available to the United States for forfeiture; therefore, the United States is entitled to the forfeiture of substitute property because one or more of the conditions in 21 U.S.C. § 853(p) have been met.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. A money judgment forfeiture in the amount of $995,985.58 is entered against the defendant pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. The United States is authorized to seek the forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p), up to the amount of $995,985.58.

3. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), the Preliminary Order of Forfeiture shall become final as to the defendant at sentencing and shall be made part of the sentence and included in the judgment.

4. The Court shall retain jurisdiction to enforce this Order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED.**

DATED: July 8, 2025

HONORABLE ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE